UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | |
|---|---|
| TOSHIA RENEE FIELDS,<br><br>　　Plaintiff,<br><br>V.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　Defendant. | Civil Action No. 7: 18-007-DCR<br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g), it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The final administrative decision of the Defendant is **AFFIRMED**.

2. Judgment is entered in favor of Defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, with respect to all issues raised in this civil action.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 20th day of June, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge